UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80407-CIV-HURLEY/HOPKINS

LAWRENCE A. SYKES,

 Plaintiff,

v.

M/V OSPREY, Official No. 908367,
etc., et al.,

 Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE AND GRANTING PLAINTIFF'S
MOTION FOR ENTRY OF COST JUDGMENT

**THIS CAUSE** is before the court upon plaintiff's motion for entry of cost judgment [DE # 103], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court grant plaintiff's motion [DE # 122]. No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the Magistrate Judge's report and recommendation as to plaintiff's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

 1. The Report and Recommendation of the United States Magistrate Judge [DE # 122] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

Order Adopting R & R of Magistrate Judge
Sykes v. M/V Osprey et al.
Case No. 08-81205-CIV-HURLEY/HOPKINS

    2.    Plaintiff's motion for entry of cost judgment [DE # 103] is **GRANTED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of October, 2009.

 

*(signature)*
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*